**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000725**
**30-JAN-2017**
**03:41 PM**

NO. CAAP-16-0000725

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

EY, Plaintiff-Appellee, v.
DY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 07-1-0098)

ORDER DENYING JANUARY 19, 2017
HRAP RULE 40 MOTION FOR RECONSIDERATION OF
JANUARY 12, 2017 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION AND
DISMISSING AS MOOT ALL PENDING MOTIONS IN CAAP-16-0000725
(Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record of (1) the January 12, 2017 order dismissing appeal for lack of appellate jurisdiction and dismissing as moot all pending motions in CAAP-16-0000725, (2) Defendant-Appellant D.Y.'s (Appellant Husband) January 19, 2017 motion for reconsideration of the January 12, 2017 order pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the January 12, 2017 order that, among other things, dismissed

appellate court case number CAAP-16-0000725 for lack of appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that Appellant Husband's January 19, 2017 HRAP Rule 40 motion for reconsideration of the January 12, 2017 order dismissing appeal for lack of appellate jurisdiction and dismissing as moot all pending motions in CAAP-16-0000725 is denied.

DATED: Honolulu, Hawai'i, January 30, 2017.

Presiding Judge

Associate Judge

Associate Judge